USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/19/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**----------------------------------------------------------------X**

**KENYA WHITT,**

**Plaintiff,**

**-against-**

**COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,**

**Defendant.**

**----------------------------------------------------------------X**

**26-CV-04558 (SN)**

**<u>ORDER</u>**

**SARAH NETBURN, United States Magistrate Judge:**

On September 14, 2026, the Commissioner of Social Security filed the administrative record in this case. ECF No. 8. Thus, Plaintiff's brief was due on October 14, 2026. <u>See</u> ECF No. 4 (citing Chief Judge Swain's Standing Order Regarding Briefing of Social Security Cases, No. 22-mc-00329).

Plaintiff is ORDERED to file her brief on or before Friday, October 23, 2026.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: October 19, 2026
New York, New York